# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**  **CASE NO: 6:09-cr-78-Orl-31DCI**

**SHAUN SHIVA RAMROOP**

## ORDER

This cause comes before the Court on Defendant's Motion for Sentence Reduction (Doc. 113), filed January 3, 2017.

On January 5, 2017, the United States Magistrate Judge issued a report (Doc. 115) recommending that the motion be denied.  No objections have been filed.  Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. Defendant's Motion for Sentence Reduction is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on January 23, 2017.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Defendant